UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Harleysville Worcester Insurance Company,

Plaintiff,

–v–

Wesco Insurance Company, Inc. *et al.*,

Defendants.

16-CV-7304 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As set forth on the record during the January 13, 2017 conference, pursuant to Federal Rule of Civil Procedure 21 and on consent of the parties, the following Defendants are hereby DISMISSED from this action without prejudice: Bernard Thomas and Penny Thomas, d/b/a M&T Transport, Inc.; Great Lakes Cheese of New York, Inc.; and Agri-Mark, Inc.

SO ORDERED.

Dated: January 17, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 18 2017